IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OLIVER DOUGLAS SHAW,

    Plaintiff,

v.                                                                  Case No. 2:21-cv-02589-MSN-atc

UNITED STATES OF AMERICA and
VETERANS AFFAIRS MEDICAL CENTER,

    Defendants.

**ORDER OF RETURN FOR REASSIGNMENT**

    This Court hereby recuses itself in this matter and returns this case to the Clerk of the Court for reassignment.

    **IT IS SO ORDERED** this 25th day of February 2022.

                                            *s/ Mark Norris*
                                            MARK S. NORRIS
                                            UNITED STATES DISTRICT JUDGE