# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **ROBIN MARLENE SHAW MOORE,** ) <br> **Administrator Ad Litem for Oliver** ) <br> **Douglas Shaw, Sr., deceased, on behalf of** ) <br> **OLIVER DOUGLAS SHAW, deceased,** ) <br>   ) <br>     Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> **UNITED STATES OF AMERICA, et al.,** ) <br>   ) <br>     Defendants. ) | No. 2:21-cv-02589-atc |

## ORDER GRANTING IN PART
## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Deadline to Disclose Experts, filed July 28, 2023. (ECF No. 32.) The Motion seeks to extend various unexpired deadlines, while attempting to avoid impacting the non-jury trial setting of May 20, 2024. Due to the trial and pretrial dates, the Court GRANTS IN PART the relief sought in the Motion.

Each of the deadlines addressed in the Motion are extended below, though not as generously as requested by Plaintiff, to avoid impacting the trial date. Further extensions will not be granted absent a showing of good cause. The amendments to the Scheduling Order (ECF No. 29) are as follows:

**COMPLETING ALL DISCOVERY:** <u>December 29, 2023</u>

**FACT WITNESS DEPOSITIONS:** <u>December 29, 2023</u>

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2):**

    (a)    **DISCLOSURE OF RULE 26(a)(2) EXPERT INFORMATION FOR PLAINTIFF:** August 31, 2023

    (b)    **DISCLOSURE OF RULE 26(a)(2) EXPERT INFORMATION FOR DEFENDANTS:** October 30, 2023

    (c)    **EXPERT WITNESS DEPOSITIONS:** December 29, 2023

**SUPPLEMENTATION UNDER RULE 26(e)(1):** December 29, 2023

**MOTIONS TO EXCLUDE EXPERTS/*DAUBERT* MOTIONS:** January 31, 2024

**FILING DISPOSITIVE MOTIONS:** January 31, 2024

The following dates and deadlines remain unchanged:

**JOINT PROPOSED PRETRIAL ORDER DUE:** May 6, 2024

**PRETRIAL CONFERENCE DATE:** May 13, 2024, at 10:00 a.m.

**NON-JURY TRIAL:** May 20, 2024, at 9:00 a.m. Trial is anticipated to last approximately five days.

SO ORDERED this 31st day of July, 2023.

                                                s/Annie T. Christoff
                                               ANNIE T. CHRISTOFF
                                               UNITED STATES MAGISTRATE JUDGE