IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**ROBIN MARLENE SHAW MOORE,**
**Administrator Ad Litem for**
**Oliver Douglas Shaw, Sr., deceased, on behalf of**
**OLIVER DOUGLAS SHAW, deceased,**

    Plaintiff,

v.                                              Case No.: 2:21-cv-02589-JTF-atc

**UNITED STATES OF AMERICA,**
**UNITED STATES OF AMERICA, d/b/a**
**Veterans Affairs Medical Center – Memphis, a/k/a**
**VA Hospital – Memphis,**

    Defendants.

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case without prejudice. The parties will bear their own costs and attorney's fees.

1

DATE: August 30, 2023                    Respectfully submitted,

s/Louis P Chiozza, Jr.
Louis P. Chiozza, Jr. # 8871
230 Adams Avenue
Memphis, TN 38103
Lou@chiozzalaw.com
(901) 526-9494

*s/ Audrey M. Calkins* (with permission)
M. Jason Martin (Tenn. BPR # 027404)
jason.martin3@usdoj.gov
Audrey M. Calkins (Tenn. BPR # 030093)
Audrey.calkins@usdoj.gov
Assistant United States Attorneys
U.S. Attorney's Office
167 North Main St., Suite 800
Memphis, TN 38103