# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **ROBIN MARLENE SHAW MOORE,** **Administrator Ad Litem for Oliver Douglas Shaw, Sr., deceased, on behalf of OLIVER DOUGLAS SHAW, deceased,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA, et al.,** <br><br> Defendants. | No. 2:21-cv-02589-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered, and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in compliance with the Order of Dismissal without Prejudice entered in the above-styled case on October 3, 2023, this case is **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

October 3, 2023
Date